United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALEX CARLOS CHAVEZ-PEREZ,
Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,
Defendant.

Case No. 26-cv-12377-VKD

**ORDER REFERRING CASE FOR RELATED CASE DETERMINATION**

Re: Dkt. Nos. 1, 2

Pursuant to Civil Local Rules 3-12(c) and 3-12(h), the above-captioned matter is referred to the Honorable James J. Donato for consideration of whether this action is related to Case No. 3:26-cv-09686-JD *Oscar Adams v. Federal Express Corp*.

**IT IS SO ORDERED.**

Dated: October 26, 2026

Virginia K. DeMarchi
United States Magistrate Judge